**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**FRANCISCO ALBERTO ADAMES, et al.,**
Defendants.

26-CV-00350 (KFP)

Hon. Katherine Polk Failla

**NOTICE OF MOTION TO DISMISS**



**PLEASE TAKE NOTICE**, that upon the attached Memorandum of Law in Support, defendants will move this Court (the "Motion"), located at 40 Foley Square, New York, NY 10007, for an order (1) pursuant to FRCP12(b)(6): (a) dismissing this action in its entirety, or, in the alternative, dismissing Francisco Alberto Adames, GMI Tax Service, Universal Income Tax & Multiservices Inc., and Mount Eden Income Tax and Multiservices Inc. from the action; and (b) pursuant to FRCP 9(b), dismissing the constructive fraud claim because plaintiff failed to allege it with sufficient particularity; and (c) dismiss Count II and Count IV as to all defendants, and require any amended complaint to plead separately, and with the specificity demanded by Rules 8 and 9(b), the conduct attributed to each defendant; and (2) granting such other and further relief as this Court may deem just and proper in favor of defendants.

Opposition papers shall be filed on or before May 1, 2026

Reply papers shall be filed on or before May 8, 2026

Dated:      April 17, 2026
            New York, New York

/s/ James J. DeCristofaro
The Lawyer James J. DeCristofaro, Esq., P.C.
James J. DeCristofaro, Esq.
485 Madison Ave Fl 7
New York, New York 10022
Tel.  (212) 500-1891
E-Mail:  james@dclfirm.com

*Attorney for Defendants*

The Court has received Defendant's above motion to dismiss the Complaint in this action (Dkt. #43), as well as a memorandum of law in support thereof (Dkt. #44).  These submissions violate the Court's Individual Rules of Practice in Civil Cases.  Namely, Rule 4.A requires pre-motion submissions for motions to dismiss.  Here, Defendants have not provided a pre-motion submission, and it appears that they have unilaterally, without input from the Government or the Court, attempted to set a briefing schedule on their motion.  (*See* Dkt. #43).  That is not the procedure that this Court follows.

Consequently, the Clerk of Court is directed to terminate the pending motion at docket entry 43 and strike docket entries 43 and 44.

Defendants shall file a pre-motion submission in accordance with the Court's Individual Rules of Practice in Civil Cases on or before **April 27, 2026.**

Dated:     April 20, 2026          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2